IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD SHAWGNESSY SIMS**                                                                 **PLAINTIFF**

V.                                         NO. 4:22-cv-00736-BRW

**STATE OF ARKANSAS**                                                                       **DEFENDANT**

### JUDGMENT

Consistent with the Order entered today, this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of November, 2022.

                                                  BILLY ROY WILSON
                                      UNITED STATES DISTRICT JUDGE